No. 02–447. HEIDBREDER v. CARTON ET AL. Sup. Ct. Minn. Certiorari denied.

No. 02–450. GFI, INC. v. FRANKLIN CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 02–451. HERNANDEZ-GOMEZ v. VOLKSWAGEN OF AMERICA, INC., ET AL. Ct. App. Ariz. Certiorari denied.

No. 02–452. GOLD, TRUSTEE v. SQUADRON, ELLENOFF, PLESENT & LEHRER ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 02–454. HOLWAY ET AL. v. SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 02–464. MONTANA DEPARTMENT OF REVENUE v. FLAT CENTER FARMS, INC. Sup. Ct. Mont. Certiorari denied.

No. 02–468. CITIZEN POWER, INC., ET AL. v. FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 02–471. RIDLEY v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 02–477. FULTON COUNTY, GEORGIA v. WEBSTER ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–478. NPC SERVICES, INC., ET AL. v. MSOF CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–481. BRADLEY v. MONARCH CONSTRUCTION, INC. C. A. 8th Cir. Certiorari denied.

No. 02–485. CARDIELLO ET UX. v. THE MONEY STORE, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–486. RODRIGUEZ v. GEORGIA. Sup. Ct. Ga. Certiorari denied.